Certificate Number: 13858-PAE-DE-039290745

Bankruptcy Case Number: 25-10104



13858-PAE-DE-039290745

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 30, 2025, at 11:35 o'clock AM EST, Joshua S Paraczky completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 30, 2025

By: /s/Wendel Ruegsegger

Name: Wendel Ruegsegger

Title: Counselor